TROUTMAN PEPPER LOCKE LLP
Mark Hannemann (*Pro Hac Vice*)
mark.hannemann@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-912-2714

Ryan A. Lewis (Bar No. 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415-477-5719

*Attorneys for Defendant and Counterclaimant
Alibaba Cloud US LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC.,<br>            Plaintiff,<br><br>    v.<br><br>ALIBABA CLOUD US LLC,<br>            Defendant.<br><hr>ALIBABA CLOUD US LLC,<br>            Counterclaimant,<br><br>    v.<br><br>COOPERATIVE ENTERTAINMENT, INC.,<br>            Counterdefendant. | CASE NO. 5:25-CV-01842-BLF<br><br>**DECLARATION OF MARK HANNEMANN IN SUPPORT OF DEFENDANT ALIBABA CLOUD US LLC'S MOTION FOR SANCTION OF DISMISSAL**<br><br>HON. BETH LABSON FREEMAN<br>COMPLAINT FILED: 2/20/25 |

I, Mark A. Hannemann, declare as follows:

1. I am a member in good standing of the Bar of New York. The Court granted my motion for leave to appear in *pro hac vice* in this Court on May 7, 2025. (Dkt. 26). I am a partner at the law firm Troutman Pepper Locke LLP, counsel of record in this action for Defendant and Counterclaimant Alibaba Cloud US LLC ("Defendant"). Each statement made in this declaration is based upon facts personally known to me. If called as a witness in this action I could and would competently testify as to the same. I submit this declaration in support of Defendant's Motion for Sanction of Dismissal.

2. On May 16, 2025, I received an email from attorney William Ramey regarding this action. On June 2, 2025, I received a second email from Mr. Ramey. Attached hereto as **Exhibit A** is a true and correct copy of the emails I received from Mr. Ramey.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York.

Date: June 6, 2025

                                          */s/ Mark A. Hannemann*
                                          Mark A. Hannemann

1
DECLARATION IN SUPPORT OF MOTION FOR SANCTION OF DISMISSAL
CASE NO. 5:25-CV-01842-BLF