# EXHIBIT A

## Hannemann, Mark

| | |
|---|---|
| **From:** | William Ramey <wramey@rameyfirm.com> |
| **Sent:** | Monday, June 2, 2025 6:45 PM |
| **To:** | Hannemann, Mark; Harrison, Bryan; Lewis, Ryan A. |
| **Cc:** | Jen Ishimoto (Work); LitigationParalegals; Litigation Attorneys |
| **Subject:** | RE: Rule 408 Discussion; Cooperative v. Alibaba |

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Mark,

Can Jen and I expect a response? Does your client have an offer?

Thanks,

Bill

---

**From:** William Ramey
**Sent:** Friday, May 16, 2025 4:29 PM
**To:** Mark.Hannemann@troutman.com; Harrison, Bryan <Bryan.Harrison@troutman.com>; Ryan.Lewis@troutman.com
**Cc:** Jen Ishimoto (Work) <ishimoto@banishlaw.com>; LitigationParalegals <LitParalegals@rameyfirm.com>; Litigation Attorneys <litattorneys@rameyfirm.com>
**Subject:** Rule 408 Discussion; Cooperative v. Alibaba
**Importance:** High

Hi Mark,

Jen and I are working on a response to your letter. Our apologies for the delay.

We do note that your cite to the appeal does not reference our arguments in the appeal brief. I have attached it foe your review. We think that handles a lot of the technical issues you have raised.

We also wanted to make certain that an offer was on the table to resolve this lawsuit at $55,000 before your client answers or otherwise pleads.

Please let Jen and I know when you can discuss this matter.

Thanks,

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

1

Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)
www.rameyfirm.com

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.