1  TROUTMAN PEPPER LOCKE LLP
2  Mark Hannemann (*Pro Hac Vice*)
   mark.hannemann@troutman.com
3  875 Third Avenue
4  New York, NY 10022
   Telephone: 212-912-2714
5
6  Ryan A. Lewis (Bar No. 307253)
   ryan.lewis@troutman.com
7  Three Embarcadero Center, Suite 800
8  San Francisco, CA 94111
   Telephone: 415-477-5719
9
10 *Attorneys for Defendant and Counterclaimant*
   *Alibaba Cloud US LLC*
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., <br>                Plaintiff, <br>    v. <br> ALIBABA CLOUD US LLC, <br>               Defendant. | CASE NO. 5:25-CV-01842-BLF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ALIBABA CLOUD US LLC'S MOTION FOR SANCTION OF DISMISSAL** <br><br> HON. BETH LABSON FREEMAN <br> COMPLAINT FILED: 2/20/25 |
| ALIBABA CLOUD US LLC, <br>                Counterclaimant, <br>    v. <br> COOPERATIVE ENTERTAINMENT, INC., <br>                Counterdefendant. | |

|   |   |
|---|---|
| 1 | This matter has come before the Court on Defendant and Counterclaimant |
| 2 | Alibaba Cloud US LLC's ("Defendant") Motion for Sanction of Dismissal ("Motion"). |
| 3 | After considering all briefs, evidence submitted, and arguments of counsel, if any, **IT** |
| 4 | **IS HEREBY ORDERED** that Defendant's Motion is **GRANTED.** |
| 5 | The Court finds that the facts presented warrant dismissal of Plaintiff's claims |
| 6 | against Defendant, and accordingly Plaintiff's Complaint is dismissed in its entirety |
| 7 | with prejudice. |
| 8 | **IT IS SO ORDERED.** |

Dated: _____

Hon. Beth Labson Freeman
United States District Judge